**FILED**

JUN - 9 2005

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

ORIGINAL LODGED

JUN 9 2005

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: CR S-02-104 LKK |
| Plaintiff, | ORDER |
| vs. | |
| JESUS ARREGUIN, | |
| Defendant. | |

**GOOD CAUSE APPEARING IT IS HEREBY ORDERED THAT** the Warden of Taft Correctional Institution his or her agent and employee and the United States Marshal for the **Eastern District of California** his/her agents and employees permit **MARIA MAGDALENA HURTADO** and her 3 children, **Jessie Axel Arreguin** (9 years old), **Jason Alexander Arreguin** (8 years old) and **Jeoffrey Zachary Arreguin** (6 years old) to visit **JESUS ARREGUIN**, a prisoner at Taft Correctional Institution during regular visiting hours.

DATED: 6/8/05

_____
Judge United States District Court